IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK D. CONTRERAS,

       Plaintiff,                   No. CIV S-11-2690 GGH P

  vs.

A. MONTANEZ, et al.,

       Defendants.           <u>ORDER</u>

                                /

       Plaintiff, a state prisoner proceeding pro se, has filed a document which will be liberally construed as a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action; and

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: October 19, 2011

                                           /s/ Gregory G. Hollows  
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009/kly  
cont2690.3a