IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DERRICK D. CONTRERAS,

        Plaintiff,                               No.  CIV S-11-2690 GGH P

    vs.

C/O A. MONTANEZ, et al.,

        Defendants.                      <u>ORDER</u>

_____/

        By order filed on December 13, 2011, the complaint was dismissed and plaintiff was granted leave to amend within twenty-eight days.  Plaintiff has subsequently filed a document wherein he indicates he has been having problems with respect to obtaining grievance responses and asking whether he should wait for responses or file an amended complaint.  The court will liberally construe the belated request as one for an extension of time to file an amended complaint and will grant it in this instance.  Failure to file an amended complaint will result in dismissal of this action.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 26, 2012 motion for an extension of time (Docket No. 10) is granted;

\\\\\

1

1          2.  Plaintiff is granted thirty days from the date of this order in which to file an
2  amended complaint.
3  DATED: February 1, 2012
4                                          /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE
5
6  GGH:009/mp
   cont2690.36